UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MOHAMED S.,

        Petitioner,

v.

ICE,

        Respondent.

Civil No. 21-2316 (JRT/JFD)

**ORDER ON REPORT AND RECOMMENDATION**

---

S. Mohamed, SPN 21009, Address Unknown, *pro se* petitioner.

Ana H Voss, David W Fuller, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge John F. Docherty filed a Report and Recommendation on January 5, 2022. (ECF No. 12) No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 12) is **ADOPTED**.

2. Mohamed S.'s Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

3. Mohamed S.'s Motion to Appoint Counsel (ECF No. 3) is **DENIED AS MOOT**.

    4.  This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

| | |
|---|---|
| Dated:  January 25, 2022<br>at Minneapolis, Minnesota | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>Chief Judge<br>United States District Court |